## Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Jason David Edmunds |
| | First Name      Middle Name      Last Name |
| Debtor 2 | Lyrit Shochat Edmunds |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | 2:25-bk-00864-BKM |
| (if known) | |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

**Part 1:   Summarize Your Assets**

| | **Your assets** Value of what you own |
|---|---|

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.............................................................. $    669,800.00

   1b. Copy line 62, Total personal property, from Schedule A/B..................................................... $    123,029.82

   1c. Copy line 63, Total of all property on Schedule A/B............................................................. $    792,829.82

**Part 2:   Summarize Your Liabilities**

| | **Your liabilities** Amount you owe |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $    602,705.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ $    4,500.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $    4,185,938.00

   **Your total liabilities** $    4,793,143.00

**Part 3:   Summarize Your Income and Expenses**

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.............................................................. $    5,000.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*....................................................... $    14,633.85

**Part 4:   Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Case 2:25-bk-00864-BKM    Doc 14    Filed 02/14/25    Entered 02/14/25 12:22:09    Desc
Main Document      Page 2 of 46

**Fill in this information to identify your case and this filing:**

| Debtor 1 | Jason | David | Edmunds |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Lyrit | Shochat | Edmunds |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number  2:25-bk-00864-BKM

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property                                                12/15

In each category, separately list and describe items. List an asset only once.    If an asset fits in more than one category, list the asset in the category where you think it fits best.   Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☒ Yes.   Where is the property?

| 1.1 | | | |
|---|---|---|---|

**1.1**

3743 E. Garden Drive
Street address, if available, or other description

Phoenix              AZ        85028
City                 State     ZIP Code

Maricopa

County

**What is the property?** Check all that apply

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $669,800.00 | $669,800.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee Simple

☒ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>**

| $669,800.00 |
|---|

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

## 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☒ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: Volvo | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: XC90 | ☐ Debtor 1 only | |
| | Year: 2020 | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: 55000 | ☒ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ☒ Check if this is community property (see instructions) | $26,787.00 / $26,787.00 |

| | | | |
|---|---|---|---|
| 3.2 | Make: Volvo | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: XC90 | ☐ Debtor 1 only | |
| | Year: 2023 | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: 20000 | ☒ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ☒ Check if this is community property (see instructions) | $39,884.00 / $39,884.00 |

## 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

| | |
|---|---|
| 5 Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=> | $66,671.00 |

### Part 3:  Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

## 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes.  Describe.....

| | |
|---|---|
| Household goods and furnishings | $6,000.00 |

## 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes.  Describe.....

| | |
|---|---|
| Five TVs, one camera, five computers/laptops, one printer, one PS3 | $350.00 |
| Cell phones (liened by Verizon, see Schedule D) | Unknown |

## 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
☒ Yes.  Describe.....

| | |
|---|---|
| Two original art pieces | Unknown |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

**9.** **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
☒ Yes. Describe.....

| One treadmill (10 yrs old), one rowing machine (5 yrs old), hand weights (5 yrs old) | $400.00 |
|---|---|

**10.** **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☒ No
☐ Yes. Describe.....

**11.** **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☒ Yes. Describe.....

| Wearing apparel both debtors | $1,200.00 |
|---|---|

**12.** **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☒ Yes. Describe.....

| Standard various jewelry (no fine jewelry), wedding bands, engagement ring | $1,800.00 |
|---|---|

**13.** **Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
☒ Yes. Describe.....

| Two dogs | $0.00 |
|---|---|

**14.** **Any other personal and household items you did not already list, including any health aids you did not list**
☒ No
☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................

| $9,750.00 |
|---|

**Part 4:** Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16.** **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
☒ Yes.......................................................................................................

| Cash | $4,000.00 |
|---|---|

**17.** **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☒ Yes.......................

Institution name:

| 17.1. | Checking Ending in 8530 | Bell Bank | $0.74 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | 17.2. | Checking ending in 1842 | JPMorganChase Bank | $4,583.00 |
| | 17.3. | Savings ending in 4225 | JPMorganChase Bank | $0.46 |
| | 17.4. | Checking ending in 9726 | Bank of America | $11.45 |
| | 17.5. | Savings ending in 9220 | Bank of America | $0.00 |
| | 17.6. | Savings ending in 0809 | Capital One 360 | $1.28 |
| | 17.7. | Savings ending in 6430 | Capital One 360 | $4.22 |
| | 17.8. | Savings ending in 5912 | Capital One 360 | $7.67 |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☒ No
   ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ☒ Yes.    Give specific information about them...................
   | Name of entity: | % of ownership: | |
   |---|---|---|
   | Utopology LLC, an Arizona limited liability company | 100%     % | Unknown |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ☒ No
   ☐ Yes. Give specific information about them
                 Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☒ No
   ☐ Yes. List each account separately.
                 Type of account:        Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☒ No
   ☐ Yes. ....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ☒ No
   ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ☒ No
   ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No
☒ Yes.   Give specific information about them...

| | |
|---|---|
| Edmunds Revocable Trust - never funded | $0.00 |

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No
☒ Yes.   Give specific information about them...

| | |
|---|---|
| Domain Utopology - no value to third parties | $0.00 |

**27. Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes.   Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☐ No
☒ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Possible tax refund for year 2024 from State of Arizona | State | Unknown |
|---|---|---|

**29. Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,    workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☒ Yes.   Give specific information..

| | |
|---|---|
| Wages owing from 1/1/25 to Petition Date | $5,000.00 |

**31. Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☒ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Northwestern Mutual - no cash surrender value | Ethan Ronald Edmunds (son) | $0.00 |

**32. Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No
☐ Yes.   Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No
☐ Yes.   Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

☒ Yes. Describe each claim.........

| | |
|---|---|
| Reimbursement of legal fees by Michael Cota and Vivian Arriaga (former partners) | $33,000.00 |
| Net operating loss carryover from 2023 (may be offset by 2024 tax obligation) | Unknown |

**35. Any financial assets you did not already list**
☐ No
☒ Yes. Give specific information..

| | |
|---|---|
| 8,000 Options to buy stock in Orbweaver @ $.01 each | Unknown |

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.............................................................................................................**

| |
|---|
| $46,608.82 |

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

---

**37. Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☒ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
☒ No
☐ Yes. Describe.....

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☒ No
☐ Yes. Describe.....

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☒ No
☐ Yes. Describe.....

**41. Inventory**
☒ No
☐ Yes. Describe.....

**42. Interests in partnerships or joint ventures**
☒ No
☐ Yes. Give specific information about them...................
      Name of entity:                              % of ownership:

**43. Customer lists, mailing lists, or other compilations**
☐ No.
☒ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No
☒ Yes. Describe.....

| | |
|---|---|
| Utopology customer lists | $0.00 |

**44. Any business-related property you did not already list**
☒ No
☐ Yes. Give specific information.........

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**............................................................................................

$0.00

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
|  | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes.   Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
☒ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................

$0.00

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2**  ........................................................................................    $669,800.00

56. **Part 2: Total vehicles, line 5**                                           $66,671.00

57. **Part 3: Total personal and household items, line 15**                      $9,750.00

58. **Part 4: Total financial assets, line 36**                                  $46,608.82

59. **Part 5: Total business-related property, line 45**                         $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**                $0.00

61. **Part 7: Total other property not listed, line 54**                    +    $0.00

62. **Total personal property.** Add lines 56 through 61...            $123,029.82    Copy personal property total     $123,029.82

63. **Total of all property on Schedule A/B.** Add line 55 + line 62

$792,829.82

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | Jason David Edmunds |
| | First Name — Middle Name — Last Name |
| Debtor 2 | Lyrit Shochat Edmunds |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | 2:25-bk-00864-BKM |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | | Specific laws that allow exemption |
|---|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | | |
| 3743 E. Garden Drive, Phoenix, AZ 85028 Maricopa County Line from *Schedule A/B*: 1.1 | $669,800.00 | ☐ | ☒ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1101(A) |
| 2020 Volvo XC90 55000 miles Line from *Schedule A/B*: 3.1 | $26,787.00 | ☐ | ☒ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(8) |
| Household goods and furnishings Line from *Schedule A/B*: 6.1 | $6,000.00 | ☐ | ☒ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1123 |
| Cell phones (liened by Verizon, see Schedule D) Line from *Schedule A/B*: 7.2 | Unknown | ☐ | ☒ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1123 |
| Five TVs, one camera, five computers/laptops, one printer, one PS3 Line from *Schedule A/B*: 7.1 | $350.00 | ☐ | ☒ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1123 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Wearing apparel both debtors<br>Line from *Schedule A/B*: 11.1 | $1,200.00 | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(1) |
| Standard various jewelry (no fine jewelry), wedding bands, engagement ring<br>Line from *Schedule A/B*: 12.1 | $1,800.00 | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(4) |
| Two dogs<br>Line from *Schedule A/B*: 13.1 | $0.00 | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1125(11) |
| Cash<br>Line from *Schedule A/B*: 16.1 | $4,000.00 | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1126(A)(9) |
| JPMorganChase Bank<br>Line from *Schedule A/B*: 17.2 | $4,583.00 | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1126(A)(9) |
| Wages owing from 1/1/25 to Petition Date<br>Line from *Schedule A/B*: 30.1 | $5,000.00 | ☒ 90%<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 23-755(D) |
| Northwestern Mutual - no cash surrender value<br>Line from *Schedule A/B*: 31.1 | $0.00 | ☒ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 20-1131 |
| Utopology customer lists<br>Line from *Schedule A/B*: 43.1 | $0.00 | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ariz. Rev. Stat. § 33-1130(1) |

3. **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

☒ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☒ No

    ☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jason David Edmunds |
| | First Name      Middle Name      Last Name |
| Debtor 2 | Lyrit Shochat Edmunds |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | 2:25-bk-00864-BKM |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☒ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 | Bell Bank | Describe the property that secures the claim: | $275,901.00 | $669,800.00 | $0.00 |
|---|---|---|---|---|---|

**2.1 Bell Bank**
Creditor's Name

Describe the property that secures the claim:
3743 E. Garden Drive, Phoenix, AZ 85028
Maricopa County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

P.O. Box 10877
Fargo, ND 58106
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)    HELOC Deed of Trust

Date debt was incurred   2023      Last 4 digits of account number _____

**2.2 Goldwater Bank, N.A. c/o Westar Mortgage**
Creditor's Name

Describe the property that secures the claim:    $274,586.00    $669,800.00    $0.00
3743 E. Garden Drive, Phoenix, AZ 85028
Maricopa County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

P.O. Box 25400
Albuquerque, NM 87125
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)    Senior Deed of Trust

Date debt was incurred   2020      Last 4 digits of account number _____

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 2:25-bk-00864-BKM    Doc 14    Filed 02/14/25    Entered 02/14/25 12:22:09    Desc
Main Document     Page 12 of 46

| Debtor 1 | Jason David Edmunds | | | Case number (if known) | 2:25-bk-00864-BKM |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Lyrit Shochat Edmunds | | | | |
| | First Name | Middle Name | Last Name | | |

---

**2.3** | **JPMorganChase Bank**

Creditor's Name

**Describe the property that secures the claim:** $2,982.00 $26,787.00 $2,982.00

2020 Volvo XC90 55000 miles

4401 E. Camelback Road
Phoenix, AZ 85018
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

---

**2.4** | **Verizon Wireless**

Creditor's Name

**Describe the property that secures the claim:** $1,814.00 $0.00 Unknown

Cell phones (liened by Verizon, see Schedule D)

One Verizon Way
Mail Code 180WVB
Basking Ridge, NJ 07920
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred 10/19/23   Last 4 digits of account number 0001

---

**2.5** | **Volvo Car Financial Services**

Creditor's Name

**Describe the property that secures the claim:** $47,422.00 $39,884.00 $47,422.00

2023 Volvo XC90 20000 miles

P.O. Box 91300
Mobile, AL 36691-1300
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:   $602,705.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   $602,705.00

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jason David Edmunds |
| | First Name       Middle Name       Last Name |
| Debtor 2 | Lyrit Shochat Edmunds |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | 2:25-bk-00864-BKM |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Arizona Department of Revenue** | Last 4 digits of account number ____ ____ ____ ____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
1600 W. Monroe
Phoenix, AZ 85007
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

FOR INFORMATIONAL PURPOSES ONLY

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.2 | **Internal Revenue Service** | Last 4 digits of account number ____ ____ ____ ____ | $4,500.00 | $4,500.00 | $0.00 |

Priority Creditor's Name
P.O. Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**When was the debt incurred?** 2022

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Tax obligation

### Part 2:  List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

☒ Yes.

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.1**   American Express
Nonpriority Creditor's Name
P.O. Box 96001
Los Angeles, CA 90096-8000
Number Street City State Zip Code

Last 4 digits of account number   1006

When was the debt incurred?

$30,858.00

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

**4.2**   American Express
Nonpriority Creditor's Name
P.O. Box 96001
Los Angeles, CA 90096-8000
Number Street City State Zip Code

Last 4 digits of account number   1020

When was the debt incurred?

$10,203.00

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

**4.3**   Array
Nonpriority Creditor's Name
2995 Dawn Dr., Ste 106
Georgetown, TX 78628
Number Street City State Zip Code

Last 4 digits of account number

When was the debt incurred?

$7,904.00

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

Case 2:25-bk-00864-BKM    Doc 14    Filed 02/14/25    Entered 02/14/25 12:22:09    Desc
Main Document      Page 16 of 46

| 4.4 | Bank of America | | Last 4 digits of account number | | | $16,640.00 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
13008 N. Tatum Blvd.
Phoenix, AZ 85032

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    Credit card purchases

---

| 4.5 | British Airways | | Last 4 digits of account number | 1654 | | $4,715.00 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
P.O. Box 15123
Wilmington, DE 19850-5123

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    Credit card purchases

---

| 4.6 | CitiBank | | Last 4 digits of account number | 7057 | | $28,185.00 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
Box 6500
Sioux Falls, SD 57117

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    Credit card purchases

---

| 4.7 | CitiBank | Last 4 digits of account number | 3690 | $5,453.00 |

Nonpriority Creditor's Name
P.O. Box 790046
Saint Louis, MO 63179-0046

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Credit card purchases

---

| 4.8 | CitiBank | Last 4 digits of account number | 7885 | $4,000.00 |

Nonpriority Creditor's Name
P.O. Box 6500
Sioux Falls, SD 57117

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Credit card purchases

---

| 4.9 | Credit One Bank | Last 4 digits of account number | 1744 | $2,879.00 |

Nonpriority Creditor's Name
P.O. Biox 60500
City of Industry, CA 91716-0500

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Credit card purchases

---

**4.10**

**Credit One Bank**
Nonpriority Creditor's Name
P.O. Biox 60500
City of Industry, CA 91716-0500
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** 1140                    $2,221.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

**4.11**

**Department of Education/Nelnet**
Nonpriority Creditor's Name
121 S. 13th Street
Lincoln, NE 68508
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**                    $14,160.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Student loan

---

**4.12**

**Dept. of Education/Nelnet**
Nonpriority Creditor's Name
121 S. 13th Street
Lincoln, NE 68508
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**                    $141,173.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Student loan

---

Case 2:25-bk-00864-BKM    Doc 14    Filed 02/14/25    Entered 02/14/25 12:22:09    Desc
Main Document          Page 19 of 46

| 4.1 3 | Ethan Edmunds | Last 4 digits of account number _____ | $15,000.00 |

**Nonpriority Creditor's Name**

3743 E. Garden Drive
Phoenix, AZ 85028

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Loan

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 4.1 4 | Fennemore Craig | Last 4 digits of account number _____ | $5,500.00 |

**Nonpriority Creditor's Name**

P.O. Box 913530
Denver, CO 80291-3530

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Legal fees

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 4.1 5 | Higher Education Loan Auth. of the MO | Last 4 digits of account number _____ | $9,306.00 |

**Nonpriority Creditor's Name**

633 Spirit Drive
Chesterfield, MO 63005

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Is the claim subject to offset?**
☒ No
☐ Yes

Student loan

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| 4.1 6 | JPMorganChase Bank | Last 4 digits of account number | 2172 | $30,807.00 |

**JPMorganChase Bank**
Nonpriority Creditor's Name
P.O. Box 15123
Wilmington, DE 19850-5123
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    2172

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

$30,807.00

---

| 4.1 7 | | | | |

**JPMorganChase Bank**
Nonpriority Creditor's Name
P.O. Box 15123
Wilmington, DE 19850-5123
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    8757

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

$32,027.00

---

| 4.1 8 | | | | |

**JPMorganChase Bank**
Nonpriority Creditor's Name
P.O. Box 15123
Wilmington, DE 19850-5123
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    5931

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

$46,042.00

Case 2:25-bk-00864-BKM    Doc 14    Filed 02/14/25    Entered 02/14/25 12:22:09    Desc
Main Document         Page 21 of 46

| 4.1 9 | JPMorganChase Bank | Last 4 digits of account number    1306 | $11,533.00 |
|---|---|---|---|

Nonpriority Creditor's Name
P.O. Box 15123
Wilmington, DE 19850-5123

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

| 4.2 0 | JPMorganChase Bank | Last 4 digits of account number    0206 | $30,027.00 |
|---|---|---|---|

Nonpriority Creditor's Name
P.O. Box 15123
Wilmington, DE 19850-5123

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

| 4.2 1 | Kercsmar & Ohara/KSO | Last 4 digits of account number | $274,483.00 |
|---|---|---|---|

Nonpriority Creditor's Name
8800 E. Raintree Dr., Ste 310
Scottsdale, AZ 85260

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Legal fees

| 4.2 2 | Lewis Roca Rothgerber Christie | Last 4 digits of account number _____ | $556,919.00 |

Nonpriority Creditor's Name
201 E. Washington St., Ste 1200
Phoenix, AZ 85004
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Legal fees

---

| 4.2 3 | Michael Cota and Vivian Arriaga | Last 4 digits of account number _____ | $2,819,969.00 |

Nonpriority Creditor's Name
c/o Squire Patton Boggs (US) LLP
2325 E. Camelback Rd., Ste 700
Phoenix, AZ 85016
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Judgment

---

| 4.2 4 | Nordstrom Card Services | Last 4 digits of account number _____ | $1,934.00 |

Nonpriority Creditor's Name
P.O. Box 100135

Columbia, SC 29202-3135
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Credit card purchases

| 4.2 5 | | | |
|---|---|---|---|

**Sue and Bill Miller**
Nonpriority Creditor's Name

14151 Ski View Loop
Truckee, CA 96161
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____          $34,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Loan

---

| 4.2 6 | | | |
|---|---|---|---|

**Vardit and Rafi Kimhi**
Nonpriority Creditor's Name

7 Shvil Hazahav St
Ra'ananna Israel 43000
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____          $50,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Loan

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ | 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. $ | 4,500.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ | 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| | 6e. **Total Priority.** Add lines 6a through 6d. | 6e. $ | 4,500.00 |

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ | 164,639.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ | 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ | 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 4,021,299.00 |
| | 6j. **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ | 4,185,938.00 |

| Debtor 1 | Jason David Edmunds | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Lyrit Shochat Edmunds | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number 2:25-bk-00864-BKM
(if known)

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the court with your other schedules.   You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 | |
| Name | |
| Number     Street | |
| City               State          ZIP Code | |
| 2.2 | |
| Name | |
| Number     Street | |
| City               State          ZIP Code | |
| 2.3 | |
| Name | |
| Number     Street | |
| City               State          ZIP Code | |
| 2.4 | |
| Name | |
| Number     Street | |
| City               State          ZIP Code | |
| 2.5 | |
| Name | |
| Number     Street | |
| City               State          ZIP Code | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Jason David Edmunds |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Lyrit Shochat Edmunds |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number | 2:25-bk-00864-BKM |
| (if known) | |

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☒ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
☒ Yes.

In which community state or territory did you live?    -NONE-    . Fill in the name and current address of that person.

_____
Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

| 3.1 | | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☐ Schedule E/F, line _____ |
| | | ☐ Schedule G, line _____ |
| | Number    Street | |
| | City    State    ZIP Code | |

| 3.2 | | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☐ Schedule E/F, line _____ |
| | | ☐ Schedule G, line _____ |
| | Number    Street | |
| | City    State    ZIP Code | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 2:25-bk-00864-BKM    Doc 14    Filed 02/14/25    Entered 02/14/25 12:22:09    Desc
Main Document    Page 26 of 46

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Jason David Edmunds |
| Debtor 2 (Spouse, if filing) | Lyrit Shochat Edmunds |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (If known) | 2:25-bk-00864-BKM |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☐ Employed<br>☒ Not employed | ☒ Employed<br>☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation** | | President |
| | Occupation may include student or homemaker, if it applies. | **Employer's name** | | Utopology LLC |
| | | **Employer's address** | | 3743 E. Garden Drive<br>Phoenix, AZ 85028 |
| | | **How long employed there?** | | 10 years |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $        6,635.70 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$          0.00 | +$          0.00 |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. | $          0.00 | $        6,635.70 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ........................................................................... | 4. | $ 0.00 | $ 6,635.70 |
| 5. | List all payroll deductions: | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 1,635.70 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 1,635.70 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 5,000.00 |
| 8. | List all other income regularly received: | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 + $ 5,000.00 | = $ 5,000.00 |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J*.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: _____ | 11. | | +$ 0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. | | $ 5,000.00 |
| | | | | **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☒ Yes. Explain: | Debtor Jason Edmunds has applied for SSDI, which request is being evaluated at this time. |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Jason David Edmunds |
| Debtor 2 (Spouse, if filing) | Lyrit Shochat Edmunds |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (If known) | 2:25-bk-00864-BKM |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☒ Yes. **Does Debtor 2 live in a separate household?**

       ☒ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ☒ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 18 | ☐ No ☒ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☒ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 2,793.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 195.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 370.25 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 416.60 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ | 2,100.00 |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. $ | 449.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ | 348.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 375.00 |
| 6d. | Other. Specify: | 6d. $ | 0.00 |

| | | | |
|---|---|---|---:|
| 7. | **Food and housekeeping supplies** | 7. $ | 536.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 0.00 |
| 10. | **Personal care products and services** | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | 11. $ | 1,400.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 15.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 15.00 |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | |
|---|---|---|---:|
| | 15a.  Life insurance | 15a. $ | 186.00 |
| | 15b.  Health insurance | 15b. $ | 1,640.00 |
| | 15c.  Vehicle insurance | 15c. $ | 831.00 |
| | 15d.  Other insurance. Specify:  Umbrella and home | 15d. $ | 110.00 |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16. $          0.00

17. **Installment or lease payments:**

| | | | |
|---|---|---|---:|
| | 17a.  Car payments for Vehicle 1 | 17a. $ | 1,100.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. $ | 1,160.00 |
| | 17c.  Other. Specify:  Student Loans | 17c. $ | 194.00 |
| | 17d.  Other. Specify: | 17d. $ | 0.00 |

| | | | |
|---|---|---|---:|
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**

| | | | |
|---|---|---|---:|
| | 20a.  Mortgages on other property | 20a. $ | 0.00 |
| | 20b.  Real estate taxes | 20b. $ | 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |

22. **Calculate your monthly expenses**

| | | | |
|---|---|---|---:|
| | 22a. Add lines 4 through 21. | $ | 14,633.85 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 14,633.85 |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---:|
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 5,000.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 14,633.85 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | -9,633.85 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☒ Yes.      Explain here: April 2025 is final payment on 2020 Volvo.

| Fill in this information to identify your case: |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jason David Edmunds |
| | First Name · Middle Name · Last Name |
| Debtor 2 | Lyrit Shochat Edmunds |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | 2:25-bk-00864-BKM |

☐ Check if this is an amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy
04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.   If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1.   What is your current marital status?**

☒ Married
☐ Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

☒ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
☒ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year:** **(January 1 to December 31, 2024 )** | ☐ Wages, commissions, bonuses, tips | $0.00 | ☒ Wages, commissions, bonuses, tips | $45,000.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

Case 2:25-bk-00864-BKM    Doc 14    Filed 02/14/25    Entered 02/14/25 12:22:09    Desc
Main Document        Page 31 of 46

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | $68,263.34 |
| | ☐ Operating a business | | ☒ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2023 )** | ☒ Wages, commissions, bonuses, tips | $80,932.00 | ☒ Wages, commissions, bonuses, tips | $80,932.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2023 )** | Interest / Dividends | $2,498.50 | Interest / Dividends | $2,498.50 |
| | Pensions & Annuities | $18,530.50 | Pensions & Annuities | $18,530.50 |
| | Dividends | $4.00 | Dividends | $4.00 |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No.    Go to line 7.
☒ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                           Best Case Bankruptcy

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Goldwater Bank c/o Westar Mortgage<br>P.O. Box 25400<br>Albuquerque, NM 87125-0400 | 12/6/24; 01/09/25; and 01/28/25 | $11,742.18 | $0.00 | ☒ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 01/28/25 | $15,000.00 | $4,500.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☒ Other_2022 tax obligation_ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☒ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☒ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☒ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Vivian Arriaga and Michael Cota v. Edmunds<br>CV2022-011826 | Civil | Maricopa County Superior Court, State of Arizona<br>201 W. Jefferson<br>Phoenix, AZ 85003 | ☐ Pending<br>☐ On appeal<br>☒ Concluded<br><br>Judgment Entered 10/18/24 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☒ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| Michale Cota and Vivian Arriaga<br>c/o Squire Patton Boggs (US) LLP<br>2325 E. Camelback Rd., Ste 700<br>Phoenix, AZ 85016 | Various of debtors' personal bank accounts and bank account held by Utopology LLC<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☒ Property was garnished.<br>☐ Property was attached, seized or levied. | Various dates - no judgments on the garnishments were entered. | $0.00 |
| Michael Cota and Vivian Arriaga<br>c/o Squire Patton Boggs (US) LLP<br>2325 E. Camelback Rd., Ste 700<br>Phoenix, AZ 85016 | Judgment lien recorded against Debtors' personal residence<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☒ Property was attached, seized or levied. | | $0.00 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☒ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☐ No
☒ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Engelman Berger, P.C.<br>2800 N. Central Avenue<br>Suite 1200<br>Phoenix, AZ 85004<br>www.eblawyers.com | Payment for bankruptcy services | 1/28/25 | $7,838.00 |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Engelman Berger, P.C.<br>2800 N. Central Avenue<br>Suite 1200<br>Phoenix, AZ 85004 | Payment for services rendered | From 12/31/24 - 01/31/25 | $4,500.00 |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☒ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Coinbase<br>No physical headquarters; remote-first company | 0.04 Bitcoin | $4,500.00 | January 2025 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Michael Cota and Vivian Arriaga<br>c/o Squire Patton Boggs (US) LLP<br>2325 E. Camelback Rd., Ste. 700<br>Phoenix, AZ 85016<br><br>Former Partners | All remaining assets of various limited liability companies (see Question 27 herein), including $1,752,763.18 in cash, and interests in Dovly SAFE and Kraynos investment | | Arbitration Award entered 10/18/24 |
| Coinbase<br>No physical headquarters; remote-first company | XRP digital assets held as custodian for son Ethan; resulted in loan from Ethan to Debtors; see Schedule F | $15,146.44 | 01/14/2025 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

  ☐ No  
  ☒ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| Edmunds Revocable Trust | Trust never funded; no assets; no transfers | N/A |

---

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

  ☒ No  
  ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

  ☒ No  
  ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

  ☐ No  
  ☒ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| Extra Space Storage<br>10155 N. 32nd Street<br>Phoenix, AZ 85028 | Debtors | Home furnishings | ☒ No<br>☐ Yes |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## Part 9: Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ **No**
☐ **Yes. Fill in the details.**

| Owner's Name Address *(Number, Street, City, State and ZIP Code)* | Where is the property? *(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

☒ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

☒ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

☒ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of site Address *(Number, Street, City, State and ZIP Code)* | Governmental unit Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of site Address *(Number, Street, City, State and ZIP Code)* | Governmental unit Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ **No**
☐ **Yes. Fill in the details.**

| Case Title Case Number | Court or agency Name Address *(Number, Street, City, State and ZIP Code)* | Nature of the case | Status of the case |
|---|---|---|---|

## Part 11: Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

☐ **No. None of the above applies.   Go to Part 12.**

☒ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Utopology LLC<br>3743 E. Garden Drive<br>Phoenix, AZ 85028 | Coaching and consulting firm<br><br>AK Accounting and Tax PLLC | **EIN:**    47-4134705<br><br>**From-To**  06/08/2015 - Present |
| Fawkes Global Holdings, LLC<br>4250 N. Drinkwater Blvd., Ste. 300<br>Scottsdale, AZ 85251 | Interests involuntarily transferred to Michael Cota and Vivian Arriaga on 10/18/24 | **EIN:**<br><br>**From-To**  10/28/21 - Present |
| Fawkes Global LLC<br>4250 N. Drinkwater Blvd., Ste. 300<br>Scottsdale, AZ 85251 | Interests involuntarily transferred to Michael Cota and Vivian Arriaga on 10/18/24 | **EIN:**<br><br>**From-To**  08/12/21 - Present |
| Fawkes Chain QOF, LLC<br>4250 N. Drinkwater Blvd., Ste. 300<br>Scottsdale, AZ 85251 | Terminated by Receiver 12/23/23 | **EIN:**<br><br>**From-To**  10/07/21 - 12/23/23 |
| Fawkes Management, LLC<br>4250 N. Drinkwater Blvd., Ste. 300<br>Scottsdale, AZ 85251 | Interests involuntarily transferred to Michael Cota and Vivian Arriaga on 10/18/24 | **EIN:**<br><br>**From-To**  10/28/21 - Present |
| Fawkes RE QOF, LLC<br>4250 N. Drinkwater Blvd., Ste. 300<br>Scottsdale, AZ 85251 | Terminated by Receiver 12/22/23 | **EIN:**<br><br>**From-To**  10/7/21 - 12/22/23 |
| Fawkes RE QOZB, LLC<br>4250 N. Drinkwater Blvd., Ste. 300<br>Scottsdale, AZ 85251 | Interests involuntarily transferred to Michael Cota and Vivian Arriaga on 10/18/24 | **EIN:**<br><br>**From-To**  10/7/21 - Present |
| Fawkes Chain QOZB, LLC<br>4250 N. Drinkwater Blvd., Ste. 300<br>Scottsdale, AZ 85251 | Interests involuntarily transferred to Michael Cota and Vivian Arriaga on 10/18/24 | **EIN:**<br><br>**From-To**  10/7/21 - Present |
| Fawkeschain Technologies, LLC<br>4250 N. Drinkwater Blvd., Ste. 300<br>Scottsdale, AZ 85251 | Interests involuntarily transferred to Michael Cota and Vivian Arriaga on 10/18/24 | **EIN:**<br><br>**From-To**  10/19/21 - Present |
| Gamma-US LLC<br>4250 N. Drinkwater Blvd., Ste. 300<br>Scottsdale, AZ 85251 | Terminated 12/03/24 | **EIN:**<br><br>**From-To**  3/24/22 - 12/3/24 |
| Glass Onion Properties LLC<br>7347 N. Red Ledge Dr.<br>Paradise Valley, AZ 85253 | Terminated 12/03/24 | **EIN:**<br><br>**From-To**  9/8/22 - 12/3/24 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| EE Technical Solutions, L.L.C.<br>P.O. Box 55405<br>Phoenix, AZ 85078 | Terminated 12/03/24 | EIN:<br><br>From-To   3/4/05 - 12/3/24 |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ Jason David Edmunds | /s/ Lyrit Shochat Edmunds |
|---|---|
| Jason David Edmunds<br>**Signature of Debtor 1** | Lyrit Shochat Edmunds<br>**Signature of Debtor 2** |
| **Date**   February 14, 2025 | **Date**   February 14, 2025 |

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Fill in this information to identify your case:

| Debtor 1 | Jason David Edmunds | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Lyrit Shochat Edmunds | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known): 2:25-bk-00864-BKM

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:
☒ creditors have claims secured by your property, or
☒ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: JPMorganChase Bank<br><br>Description of property securing debt: 2020 Volvo XC90 55000 miles | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>☒ Yes |
| Creditor's name: Verizon Wireless<br><br>Description of property securing debt: Cell phones (liened by Verizon, see Schedule D) | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☒ Retain the property and [explain]:<br>Retain and pay pursuant to contract | ☐ No<br><br>☒ Yes |
| Creditor's name: Volvo Car Financial Services<br><br>Description of property securing debt: 2023 Volvo XC90 20000 miles | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☒ No<br><br>☐ Yes |

### Part 2: List Your Unexpired Personal Property Leases
For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |

**Part 3:  Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| X /s/ Jason David Edmunds | X /s/ Lyrit Shochat Edmunds |
|---|---|
| Jason David Edmunds<br>Signature of Debtor 1 | Lyrit Shochat Edmunds<br>Signature of Debtor 2 |
| Date    February 14, 2025 | Date    February 14, 2025 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

# United States Bankruptcy Court
### District of Arizona

In re    Jason David Edmunds
       Lyrit Shochat Edmunds            Case No.    2:25-bk-00864-BKM

                                 Debtor(s)      Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ................................................... $     7,838.00

     Prior to the filing of this statement I have received ...................................... $     7,838.00

     Balance Due ................................................................................................ $        0.00

2.   The source of the compensation paid to me was:

     ☒ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
        Preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on real property.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

    February 14, 2025                     /s/ Bradley D. Pack
    *Date*                                    Bradley D. Pack
                                           *Signature of Attorney*
                                           Engelman Berger PC
                                           2800 N. Central Avenue, Suite 1200
                                           Phoenix, AZ 85004
                                           Fax:
                                           bdp@eblawyers.com
                                           *Name of law firm*

# United States Bankruptcy Court
## District of Arizona

In re  Jason David Edmunds
        Lyrit Shochat Edmunds

Case No.   2:25-bk-00864-BKM
Chapter    7

Debtor(s)

## Declaration of Evidence of Employers' Payments Within 60 Days

☐   Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☒   Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐   Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor,   Jason David Edmunds   , declares the foregoing to be true and correct under penalty of perjury.


☒   Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition; *

☐   Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☒   Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $6,870.00.

Debtor,   Lyrit Shochat Edmunds   , declares the foregoing to be true and correct under penalty of perjury.


Date   February 14, 2025            Signature   /s/ Jason David Edmunds
                                                 Jason David Edmunds
                                                 Debtor


Date   February 14, 2025            Signature   /s/ Lyrit Shochat Edmunds
                                                 Lyrit Shochat Edmunds
                                                 Joint Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

*Attached evidence of payment showing entire income for 2024 is the only evidence in Debtor's possession.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Utopology LLC
3743 E Garden Dr
Phoenix, AZ 85028-2836

# Earnings Statement



Period Starting:     01/01/2024
Period Ending:      12/31/2024
Pay Date:             12/30/2024

Taxable Filing Status: Married
Exemptions/Allowances:            Tax Override:
  Federal:    Std W/H Table        Federal:     0.00 Addnl
  State:      Blocked              State:       5.00% Flat
  Local:      0                    Local:
Social Security Number:XXX-XX-XXXX

**Lyrit Edmunds**
**3743 E Garden Drive**
**Phoenix, AZ 85028**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 45000.00 | 45000.00 |
| **Gross Pay** | | | **$45,000.00** | $45,000.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | −2790.00 | 2790.00 |
| Medicare | −652.50 | 652.50 |
| Arizona State Income | 0.00 | 0.00 |
| **Net Pay** | **$41,557.50** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| S-corp 2% medical plan | 11742.00 | 11742.00 |
| Sick | | |
|   - Carry Over | | 0.00 |
|   - Accrued Hours | 0.00 | 40.00 |
|   - Taken Hours | 0.00 | 0.00 |
|   - Balance | | 40.00 |
| Cash Payment | | 41557.50 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are  $56,742.00

Utopology LLC
3743 E Garden Dr
Phoenix, AZ 85028-2836

**Pay Date:**              12/30/2024

Cash Payment                                                                          41557.50

THIS IS NOT A CHECK

Lyrit Edmunds
3743 E Garden Drive
Phoenix, AZ 85028

# 2024 W-2 and EARNINGS SUMMARY



**W-2** Employee Reference Copy
Wage and Tax Statement **2024**
OMB No. 1545-0008

Copy C for employee's records.

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

c Control number
000001   KL/ERH

| | Dept. | Corp. | Employer use only |
|---|---|---|---|
| | | A | 1 |

c Employer's name, address, and ZIP code
UTOPOLOGY   LLC
3743  E GARDEN  DR
PHOENIX,  AZ  85028  2836

Batch  #90153

e/f Employee's name, address, and ZIP code
LYRIT  EDMUNDS
3743  E GARDEN  DRIVE
PHOENIX,  AZ  85028

b Employer's FED ID number
a Employee's SSA number
XXX-XX-6906

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 56742.00 | |
| 3 Social security wages | 4 Social security tax withheld |
| 45000.00 | 2790.00 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 45000.00 | 652.50 |
| 7 Social security tips | 8 Allocated tips |
| | |
| 9 | 10 Dependent care benefits |
| | |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| | 12b |
| 14 Other | 12c |
| 11742.00 S-CORP | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| AZ | | 56742.00 |
| 17 State income tax | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

### 1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | AZ. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 45,000.00 | 45,000.00 | 45,000.00 | 45,000.00 |
| **Plus** S-Corp 2% Medical Premium | 11,742.00 | N/A | N/A | 11,742.00 |
| **Reported W-2 Wages** | **56,742.00** | **45,000.00** | **45,000.00** | **56,742.00** |

### 2. Employee Name and Address.

LYRIT  EDMUNDS
3743  E  GARDEN  DRIVE
PHOENIX,  AZ  85028

© 2024  ADP,  Inc.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 56742.00 | |
| 3 Social security wages | 4 Social security tax withheld |
| 45000.00 | 2790.00 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 45000.00 | 652.50 |

d Control number
000001   KL/ERH

| | Dept. | Corp. | Employer use only |
|---|---|---|---|
| | | A | 1 |

c Employer's name, address, and ZIP code
UTOPOLOGY   LLC
3743  E GARDEN  DR
PHOENIX,  AZ  85028  2836

b Employer's FED ID number
a Employee's SSA number
XXX-XX-6906

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| 11742.00 S-CORP | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
LYRIT  EDMUNDS
3743  E GARDEN  DRIVE
PHOENIX,  AZ  85028

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| AZ | | 56742.00 |
| 17 State income tax | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

**W-2** Federal Filing Copy
Wage and Tax Statement **2024**
OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 56742.00 | |
| 3 Social security wages | 4 Social security tax withheld |
| 45000.00 | 2790.00 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 45000.00 | 652.50 |

d Control number
000001   KL/ERH

| | Dept. | Corp. | Employer use only |
|---|---|---|---|
| | | A | 1 |

c Employer's name, address, and ZIP code
UTOPOLOGY   LLC
3743  E GARDEN  DR
PHOENIX,  AZ  85028  2836

b Employer's FED ID number
a Employee's SSA number
XXX-XX-6906

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| 11742.00 S-CORP | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
LYRIT  EDMUNDS
3743  E GARDEN  DRIVE
PHOENIX,  AZ  85028

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| AZ | | 56742.00 |
| 17 State income tax | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

**W-2** AZ.State Reference Copy
Wage and Tax Statement **2024**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 56742.00 | |
| 3 Social security wages | 4 Social security tax withheld |
| 45000.00 | 2790.00 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 45000.00 | 652.50 |

c Control number
000001   KL/ERH

| | Dept. | Corp. | Employer use only |
|---|---|---|---|
| | | A | 1 |

c Employer's name, address, and ZIP code
UTOPOLOGY   LLC
3743  E GARDEN  DR
PHOENIX,  AZ  85028  2836

b Employer's FED ID number
a Employee's SSA number
XXX-XX-6906

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| 11742.00 S-CORP | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
LYRIT  EDMUNDS
3743  E GARDEN  DRIVE
PHOENIX,  AZ  85028

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| AZ | | 56742.00 |
| 17 State income tax | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

**W-2** AZ.State Filing Copy
Wage and Tax Statement **2024**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.



| | | | | |
|---|---|---|---|---|
| COMPANY ERH | 1 | | Total Employees | |
| | 2 | | Total Forms Count | |
| | 0 | | Total eForms | |
| | 2 | | Total Forms Processed | |

11,742.00    S-CORP    (Box 14)

**W-2** Wage and Tax Statement

Employee Reference Copy

**2024**
OMB No. 1545-0008

Copy C for employee's records.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| KL/ERH | | | 2 |

c Employer's name, address, and ZIP code

# ERH

e/f Employee's name, address, and ZIP code

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| ▮▮▮▮▮▮ | |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 56742.00 | |

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| 45000.00 | 2790.00 |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 45000.00 | 652.50 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |

| 9 | 10 Dependent care benefits |
|---|---|
| | |

| 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|
| | |

| 14 Other | 12b |
|---|---|
| | 12c |
| | 12d |
| | 13 Stat emp | Ret. plan | 3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| | | 56742.00 |

| 17 State income tax | 18 Local wages, tips, etc. |
|---|---|
| | |

| 19 Local income tax | 20 Locality name |
|---|---|
| | |

```
*********** T O T A L S ***********
For : BATCH NO. 2024/4/90153
For : COMPANY      KL/ERH
* * * * * * * * * * * * * * * * * *
```
© 2024 ADP, Inc.

## Balancing Form W-2/W-3 Totals to the Wage and Tax Register

The Internal Revenue Service (IRS) stipulates that Box 15 of paper Form W-3 (State and Employer's State ID Number) contain the two letter state abbreviation and the employer's state identification number. If the W-2 forms being filed with the W-3 contain wage and income tax information for multiple states, an "X" should be entered under "State" and no state I.D. should be shown. (**Note:** Clients using the ADP Tax Filing Service or receiving a federal CD-ROM for filing will not receive a copy of Form W-3. Your magnetic media filing will be populated correctly.)

The total state and/or local wages and income tax withheld in W-2 boxes 16-19 should be reported in the corresponding W-3 boxes. If multiple states and/or locals are being reported on the W-2s, a sum total of the various states/locals should be reported.

Although individual state/local specific W-2 forms are produced for employees with earnings in multiple states/localities, there is only one total box on form W-3. If you have employees with earnings in multiple states and/or localities the total wages for these employees will display opposite the wording "Total Copy 2 State Wages" or "Total Copy 2 Local Wages".

When balancing your Form W-2 totals to your Wage and Tax Register, the following formulas should be used:

| From the W-2: | From the W-2: |
|---|---|
| 'State Wages (Box 16)' | 'Local Wages (Box18)' |
| plus   'Total Copy 2 State Wages' | plus   'Total Copy 2 Local Wages' |

Totals from the W-2 calculations above will equal totals from Wage and Tax Register calculations below.

| From the Wage and Tax Register: | From the Wage and Tax Register: |
|---|---|
| 'State Wages' (Jurisdictional Recap) | 'Local Wages' (Taxable) ** (Jurisdictional Recap) |
| plus   'State 2 Wages' (Jurisdictional Recap) | plus   'Local 2 Wages' (Taxable) ** (Jurisdictional Recap) |
| minus   'Puerto Rico State Wages' (Jurisdictional Recap) | plus   'Local 9 Wages' (Taxable) ** (Jurisdictional Recap) |
| minus   'Virgin Island State Wages' (Jurisdictional Recap) | plus   'Local 10 Wages' (Taxable) ** (Jurisdictional Recap) |
| | minus   'Oregon ER Only Local Wages' (Jurisdictional Recap) |
| | minus   Other locals where W-2 Local Wage reporting is not required (e.g. St. Louis Expense Tax, ER Paid Taxes, or others with no EE deduction.) |

** Local Wages (Subject)/Local 2 Wages (Subject), and not Local Wages (Taxable)/Local 2 Wages (Taxable), should be used for balancing the following Kentucky localities: Burkesville, McLean County, Ohio County, West Point County, Wilder, and for the following Ohio local: Mercy West JEDD III. Subject wages, and not taxable wages, are required in box 18 of Form W-2 for these localities.

**Note:** Jurisdictional Recap pages are not produced if there is only a single jurisdiction for the company. In that case the Company Total page can be used. Wages for non-employee taxing locals are not included on the Company Total page. The Jurisdiction Recap pages must be used when employees have multiple jurisdiction movement.

Also subtract any "credit" employee state/local total wages found on the SIT Credit Report Company Total Page, if present. Do not subtract if the employee state total wages are also included in the state total wages on the Puerto Rico or Virgin Island Jurisdictional Recap (this would result in duplication).

**Note:** If you have New York State, New York City, or Yonkers, New York employees, remember that New York requires the reporting of federal wages in the state/city wage boxes on Form W-2 and not actual state/city wages. Because the federal wages may differ from state/city wages, the following steps should be added to the balancing steps above:

| From the W-2: |
|---|
| plus   Actual New York State (or Local) Wages |
| minus   New York State (or Local) Federal Wages |

**Box 12 Other:** The IRS does not require a W-2 when the only thing to report is the cost of employer-sponsored health coverage (Code DD). Therefore if Code DD is the only qualifying item for the W-2, it will not be produced nor will the amount be included in the W-2 totals. It will be included on the Wage and Tax Register for reference.

**Box 14 Other:** New Mexico State Disability Insurance (SDI) tax withheld is not required to be displayed on the state W-2 nor is it included in total SDI withheld on the federal W-2. It is, however, included on the Wage and Tax Register for reference.

Washington Paid Family and Medical Leave Insurance (FLI/MLI) tax withheld is not required to be displayed on any W-2 but is included on the Wage and Tax Register for reference. Massachusetts Paid Family and Medical Leave Insurance (FLI/MLI) tax paid by the employee is required to be displayed on the W-2 (tax withheld less amount paid by the employer on behalf of the employee). The tax withheld and the amount paid by the employer on behalf of the employee are included on the Wage and Tax Register for reference.